UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:                                                                 CASE NO.: 5:18-bk-04806-HWV
                                                                                                                       **CHAPTER 13**

**Guy S. Smith,**
    **Debtor.**

_____/

<u>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**</u>

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

                **ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
                                **130 CLINTON RD #202**
                                **FAIRFIELD, NJ 07004**

                                                              Robertson, Anschutz, Schneid, Crane &
                                                              Partners, PLLC
                                                              Authorized Agent for Secured Creditor
                                                              130 Clinton Rd #202
                                                              Fairfield, NJ 07004
                                                              Telephone: 470-321-7112

                                                              By: <u>/s/Charles Wohlrab</u>
                                                                    Charles Wohlrab, Esq.
                                                                    Email: CWohlrab@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 15, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

GUY S. SMITH
10 THOMAS POINT
E. STROUDSBURG, PA 18301

And via electronic mail to:

PHILIP W. STOCK
706 MONROE STREET
STROUDSBURG, PA 18360

CHARLES J DEHART, III (TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

UNITED STATES TRUSTEE
228 WALNUT STREET, SUITE 1190
HARRISBURG, PA 17101

By: /s/ VJ Allen
VJ Allen
Email: viallen@rascrane.com