Rev. March 23, 2021

## LOCAL BANKRUPTCY FORM 4001-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Guy S. Smith,<br>aka Guy Smith,<br><br>Debtor(s) | CHAPTER: 13<br><br><br><br>CASE NO. 5:18-bk-04806-HWV |

## POST-PETITION PAYMENT HISTORY
## NOTE AND MORTGAGE DATED MAY 18, 2007

Recorded on May 22, 2007 in <u>Monroe</u> **County**, at <u>Pennsylvania</u>.

Property Address:
<u>Lot 14 Grandview Terrace West, East Stroudsburg, PA 18301, formerly known as 10 Thomas Pt,
East Stroudsburg, Pennsylvania 18301</u>

Mortgage Servicer:
<u>NewRez LLC d/b/a Shellpoint Mortgage Servicing</u>

Post-petition mailing address for Debtor(s) to send payment:
<u>Shellpoint Mortgage Servicing</u>
<u>P.O. Box 740039</u>
<u>Cincinnati, Ohio 45274-0039</u>

Mortgagor(s)/Debtor(s):
**Guy S. Smith**
**aka Guy Smith**

Payments are contractually due:

Monthly ☒  Semi-monthly  ☐  Bi-weekly  ☐  Other (June 1, 2020 through October 1, 2020)

Each Monthly Payment is comprised of:
Principal and Interest.....   $962.63
R.E. Taxes......................   $862.79
Insurance........................   $0.00
Late Charge....................   $0.00
Other..............................   $5.63     (Specify: <u>Escrow Shortage</u>)
**TOTAL**.........................   $1,831.05

Monthly ☒  Semi-monthly  ☐  Bi-weekly  ☐  Other (November 1, 2020 through April 1, 2021)
Each Monthly Payment is comprised of:

| | |
|---|---|
| Principal and Interest..... | $962.63 |
| R.E. Taxes...................... | $840.54 |
| Insurance........................ | $0.00 |
| Late Charge.................... | $0.00 |
| Other.............................. | $0.00    (Specify: N/A) |
| **TOTAL**......................... | $1,803.17 |

**POST-PETITION PAYMENTS** (Petition was filed on November 14, 2018)

| Date Received | Amount Received | Payment Amount Due | Payment Date Applied to | Amount to/from Suspense | Check Number |
|---|---|---|---|---|---|
| 12/06/2018 | $1,900.00 | $1,821.20 | 12/01/2018 | $78.80 | N/A |
| 01/03/2019 | $1,900.00 | $1,821.20 | 01/01/2019 | $157.60 | N/A |
| 02/12/2019 | $1,914.77 | $1,821.20 | 02/01/2019 | $251.17 | N/A |
| 03/05/2019 | $1,914.99 | $1,821.20 | 03/01/2019 | $344.96 | N/A |
| 04/09/2019 | $1,914.99 | $1,821.20 | 04/01/2019 | $438.75 | N/A |
| 05/24/2019 | $1,546.00 | $1,821.20 | 05/01/2019 | $163.55 | N/A |
| 05/31/2019 | $1,914.00 | $1,821.20 | 06/01/2019 | $256.35 | N/A |
| 07/01/2019 | $1,914.00 | $1,821.20 | 07/01/2019 | $349.15 | N/A |
| 08/01/2019 | $1,914.00 | $1,821.20 | 08/01/2019 | $441.95 | N/A |
| 08/30/2019 | $1,914.00 | $1,821.20 | 09/01/2019 | $534.75 | N/A |
| 10/01/2019 | $1,914.00 | $1,821.20 | 10/01/2019 | $627.55 | N/A |
| 11/01/2019 | $1,914.00 | $1,821.20 | 11/01/2019 | $720.35 | N/A |
| 11/29/2019 | $1,914.00 | $1,831.05 | 12/01/2019 | $803.30 | N/A |
| 02/10/2020 | $1,831.05 | $1,831.05 | 01/01/2020 | $803.30 | N/A |
| 03/31/2020 | $2,288.79 | $1,831.05 | 02/01/2020 | $1,261.04 | N/A |
| 10/20/2020 | $2,000.00 | $1,831.05 | 03/01/2020 | $1,429.99 | N/A |
| 01/20/2021 | $1,803.17 | $1,831.05 | 04/01/2020 | $1,402.11 | N/A |
| 03/09/2021 | $1,803.17 | $1,831.05 | 05/01/2020 | $1,374.23 | N/A |
| 04/20/2021 | $1,803.17 | $1,831.05 | 06/01/2020 | $1,346.35 | N/A |
| N/A | $1,803.17 | $1,831.05 | 07/01/2020 | $1,318.47 | N/A |
| N/A | N/A | $1,831.05 | 08/01/2020 | N/A | N/A |
| N/A | N/A | $1,831.05 | 09/01/2020 | N/A | N/A |
| N/A | N/A | $1,831.05 | 10/01/2020 | N/A | N/A |
| N/A | N/A | $1,803.17 | 11/01/2020 | N/A | N/A |
| N/A | N/A | $1,803.17 | 12/01/2020 | N/A | N/A |
| N/A | N/A | $1,803.17 | 01/01/2021 | N/A | N/A |
| N/A | N/A | $1,803.17 | 02/01/2021 | N/A | N/A |
| N/A | N/A | $1,803.17 | 03/01/2021 | N/A | N/A |

| | | | | | |
|---|---|---|---|---|---|
| N/A | N/A | $1,803.17 | 04/01/2021 | N/A | N/A |
| N/A | N/A | $1,803.17 | 05/01/2021 | N/A | N/A |
| N/A | N/A | $1,803.17 | 06/01/2021 | N/A | N/A |
| | | | | | |

[Continue on attached sheets if necessary]

TOTAL NUMBER OF POST-PETITION PAYMENTS PAST DUE: <u>11</u> as of <u>June 1, 2021</u>.

TOTAL AMOUNT OF POST-PETITION ARREARS: <u>$18,600.04</u> as of <u>June 2, 2021</u>.

Dated: 06/11/2021

NewRez LLC d/b/a Shellpoint Mortgage Servicing
Mortgage Company
LaQuanda Beaty    Bankruptcy Case Manager
(Print Name and Title)

*LaQuandaBeaty* (signature)